```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
HARRISON ISAAC JR.                         :
                                           :
                                           :   07 Civ. 10945
               Plaintiff,                  :
                                           :   ORDER
     -against-                             :
                                           :
JOSEPH R. GUCCIONE,                        :
United States Marshal                      :
for Southern District of New York          :
                                           :
JAMES N. CROSS,                            :
Warden for MCC New York                    :
                                           :
HARLEY G. LAPPIN,                          :
Director, Bureau of Prisons                :
                                           :
               Defendants.                 :
------------------------------------------------------x
```

**Hon. HAROLD BAER, Jr., District Judge:**

WHEREAS, on September 20, 2007 Plaintiff Harrison Isaac Jr. filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241; and

WHEREAS, Brett Richmond Williams, John M. McEnany, and Lynn A. Neils were the Assistant United States Attorneys who represented the Government in the Plaintiff's original criminal case, No. 04 CR 645 (LTS); it is hereby

ORDERED that Brett Richmond Williams, John M. McEnany, and Lynn A. Neils or the Assistant United States Attorneys who have succeeded Brett Richmond Williams, John M. McEnany, and Lynn A. Neils on this matter, shall respond to the Petitioner's motion within 30 days from the date of this order; and it is hereby

ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with a copy of the habeas petition and any other relevant materials.

March 18, 2008
New York, New York

_____
U.S.D.J.